# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANNUNZIO PATRON,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON-CORTEZ, et al.,<br><br>Defendants. | Case No.  1:24-cv-01399-FRS (BAM) (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS MOTION FOR COPY OF COMPLAINT (ECF No. 11)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT (ECF No. 11) |

Plaintiff D'Annunzio Patron ("Plaintiff") is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's complaint has not yet been screened.

Currently before the Court is Plaintiff's notice of change of address, filed February 10, 2026.  (ECF No. 11.)  In the notice, Plaintiff states that all of his legal paperwork from this action was thrown away by CMF-Vacaville officers.  Plaintiff requests a copy of the initial complaint and a blank change of address form.  (*Id.*)  The Court construes Plaintiff's notice as a motion for a copy of the complaint.

Plaintiff is reminded that the Court does not provide free copies of case documents to parties, even when a party is proceeding in forma pauperis.  Ordinarily, the Clerk of Court charges $0.50 per page for copies of documents.  The Court will make a one-time exception in this instance and will direct the Clerk's Office to provide a copy of the original complaint and a

1

blank notice of change of address form at no charge.  However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's February 10, 2026 notice of change of address, (ECF No. 11), is CONSTRUED as a motion for copy of complaint;

2. Plaintiff's motion for copy of complaint, (ECF No. 11), is GRANTED;

3. The Clerk's Office is DIRECTED to mail the following to Plaintiff at his current address of record:

    a. A copy of the complaint, filed November 15, 2024, (ECF No. 1); and

    b. A blank notice of change of address form.

IT IS SO ORDERED.

Dated:    **February 16, 2026**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE